# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HAYASHI, | Case No. **3:10-cv-00215-CRB** |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ASSOCIATED CREDIT SERVICES , | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 24, 2010

_____
The Honorable Judge
United S...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*